July 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

GEORGE A. BUTLER, Appellant

NO. 14-12-00242-CV                              V.

ROLLS-ROYCE ENERGY SYSTEMS, INC., ET. AL., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Rolls-Royce Energy Systems, Inc., Et. Al., signed, March 25, 2011, was heard on the transcript of the record. The record shows that the notice of appeal is untimely. We therefore order the appeal **DISMISSED**.

We further order this decision certified below for observance.